# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW KALLINIKOS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-0210 |
| v. | : | (MANNION, D.J.) |
| NANCY A. BERRYHILL, Commissioner of Social Security, | : | (MEHALCHICK, M.J.) |
| Defendant | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 21)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commission denying his claim for DIB benefits, **(Doc. 1)**, is **DENIED** and the Commissioner's decision is **AFFIRMED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 22, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0210-01-ORDER.wpd